No. 80–588. KRAMER MOTORS, INC. *v.* BRITISH LEYLAND, LTD., ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 80–592. SHAW *v.* KANSAS. Ct. App. Kan. Certiorari denied. ▮

No. 80–597. MARTIN PAINTING & COATING CO. *v.* MARSHALL, SECRETARY OF LABOR, ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 80–606. RUHLANDER ET AL. *v.* DISTRICT COURT OF HAMPSHIRE ET AL. Sup. Jud. Ct. Mass. Certiorari denied. ▮

No. 80–612. BERGER *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied. ▮

No. 80–615. BESASE ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 80–623. WINFIELD *v.* WALGREEN CO. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–627. A JUVENILE *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. ▮

No. 80–652. JOHN T. BRADY & CO. *v.* FORM-EZE SYSTEMS, INC. C. A. 2d Cir. Certiorari denied. ▮

No. 80–654. GOWAN *v.* ST. FRANCIS COMMUNITY HOSPITAL. Sup. Ct. S. C. Certiorari denied. ▮

No. 80–666. BARRY *v.* AMERICAN FINANCIAL ENTERPRISES, INC. C. A. 2d Cir. Certiorari denied. ▮